VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
Post Office Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
ANTONIO OCHOA MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>ANTONIO OCHOA MEJIA,<br><br>    *Defendant.* | Case No.  1:19-CR-00152-DAD<br><br>**STIPULATION TO RESCHEDULE SENTENCING; ORDER**<br><br>DATE:  April 7, 2022<br>TIME:   12:00 p.m.<br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by the parties through their respective counsel that the sentencing now set for March 7, 2022 may be rescheduled to April 7, 2022.  This stipulation is proposed by the defense to allow for an in person sentencing so that defendant's family members may attend.

Respectfully submitted,

Dated: February 28, 2022
    */s/ Victor M. Chavez*
    VICTOR M. CHAVEZ
    Attorney for Defendant

Dated: February 22, 2022
    */s/ Jessica A. Massey*
    JESSICA A. MASSEY
    Assistant U.S. Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: __**March 1, 2022**__      _____
UNITED STATES DISTRICT JUDGE